IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JEFFREY M. GALLUP,<br><br>        Plaintiff,<br><br>vs.<br><br>LONE PEAK POLICE DEPARTMENT, et al.,<br><br>        Defendant. | REPORT AND RECOMMENDATION<br><br>Case No. 2:13-CV-0872<br><br>Judge Dee Benson<br><br>Magistrate Judge Brooke C. Wells |

On February 28, 2018, the undersigned entered an Order to Show Cause on account of the lack of activity in this matter and the lack of any collection of fees from Plaintiff's Inmate Trust Account since March 2015.[1] Previously, this case was dismissed without prejudice on several occasions for Plaintiff's failure to consent to the collection of fees from his Inmate Trust Account.[2] In the Order to Show Cause Plaintiff was directed to file a response regarding intentions to proceed within thirty (30) days from the date of that order. To date, approximately fifty days have now passed and no response has been filed.

### RECOMMENDATION

The undersigned recommends that this matter be dismissed for failure to prosecute.

---

[1] ECF No. 17.
[2] *See* Docket nos. 7 and 10.

**NOTICE**

The Court will send copies of this Report and Recommendation to all parties, who are hereby notified of their right to object.[3] The parties must file any objection to this Report and Recommendation within fourteen (14) days of service thereof.[4] Failure to object may constitute waiver of the objections upon subsequent review.

DATED this 19 April 2018.

Brooke C. Wells
United States Magistrate Judge

---

[3] *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).
[4] *Id.*